### DE SISTO v. STIMMEL.

(Supreme Court, Appellate Term. November 29, 1899.)

APPELLATE COURTS—JURISDICTION—RESIDENCE OF DEFENDANT—RECORD.
　　In an action in the municipal court of New York City, for a money judgment, the failure of the record, on appeal, to show defendant's residence within the jurisdiction of the court, is fatal.

Appeal from municipal court, borough of Manhattan, Second district.

Action by Antonio De Sisto against John Stimmel. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Wilder & Anderson, for appellant.
John Palmieri, for respondent.

PER CURIAM. The record failing to show that the defendant resides within the jurisdiction of the municipal court, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.